Richard M. Hendler, Esq.
10 Bond Street, Suite 1-218
Great Neck, NY 11021
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
——————————————————————x
**MIGUEL NEPOMUCENO VALENCIA and** :     Index No. 18-CV-11385-RWS
**JUAN CARLOS VENANCIO NEOPONUCENO,**
**individually and on behalf of others similarly situated** :

       **Plaintiffs,** :
                                      **ANSWER TO**
**-against-** :    **COMPLAINT**

**DOUGHBOYS OF 3RD AVE, INC. (d/b/a DOUGH** :
**BOYS PIZZA), DOUGH BOYS PIZZA OF NYC INC.**
**(d/b/a DOUGH BOYS PIZZA), VAN SELVARAJAH,** :
**MARCUS LOREN, DUSHANTA N. LAKSHANI**
**KANNANGARA, VENI DOE, and INFAS DOE,** :

       **Defendants.** :
——————————————————————x

**<u>DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT</u>**

     Pursuant to Fed. R. Civ. P. 7.1, the corporate defendants indicated above hereby state,

through its undersigned counsel, that there are no publicly held corporations that own ten percent

(10%) or more of either of them.

Dated: Great Neck, NY
        February 7, 2018

                           RICHARD M. HENDLER, ESQ.

                              */s/ Richard M. Hendler*
                By:_____
                   Richard M. Hendler (rh2993)
                10 Bond Street, Suite Box 1- 218
                Great Neck, NY 10012
                (516) 984.6900
                hendler@hendlerlawfirm.com
                *Attorney for Defendants*