# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                      Telephone: (212) 317-1200
New York, New York 10165                            Facsimile: (212) 317-1620
_____

December 4, 2019

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
500 Pearl St
New York, New York 10007

        Re:    Nepomuceno Valencia, et al. v. Doughboys of 3rd Ave, Inc., et al.;
                 Case No. 18-cv-11385-JGK-OTW

Dear Judge Wang:

      The parties write jointly to update the Court on the status of the above-captioned matter. The parties have not been able to reach a settlement and intend to litigate this case. We request a Rule 16 initial conference.

      We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Finn Dusenbery, Esq.*                    */s/ Richard Hendler*
Finn Dusenbery, Esq.                         Richard Hendler, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.      LAW OFFICES OF RICHARD M. HENDLER

*Attorneys for Plaintiff*                         *Attorney for Defendants*