UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

MIGUEL VALENCIA et al.,

                    Plaintiffs,              18cv11385 (JGK)

          - against -                        ORDER

DOUGHBOYS OF 3RD AVE., INC. et al.

                    Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

April 27, 2020.

SO ORDERED.

Dated:    New York, New York
          April 16, 2020         __  /s/ John G. Koeltl_____
                                        John G. Koeltl
                                 United States District Judge