UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

MIGUEL NEPOMUCENO VALENCIA, ET AL.,

              Plaintiffs,

       - against -

DOUGHBOYS OF 3RD AVE., ET AL.,        18 cv 11385 (JGK)

             Defendants.        ORDER
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for a telephonic conference on **February 19, 2021** at 10:30 a.m.  Dial-in: (888) 363-4749, with access code 8140049.

    SO ORDERED.

Dated:   New York, New York
          February 4, 2021          /s/ John G. Koeltl
                                          John G. Koeltl
                                   United States District Judge