# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  Telephone: (212) 317-1200
New York, New York 10165  Facsimile: (212) 317-1620
_____

February 18, 2021

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl St
New York, New York 10007

      Re:    Nepomuceno Valencia, et al. v. Doughboys of 3rd Ave, Inc., et al.;
                 Case No. 18-cv-11385-JGK-OTW

Dear Judge Koeltl:

     This firm represents plaintiffs in the above-captioned case. I write at the behest of Defendants' counsel, Richard Hendler, Esq., who has requested an adjournment of the conference scheduled for tomorrow February 19, 2021. Mr. Hendler advised the undersigned this morning that he has had a death in his family today and will be unable to attend. He has further requested that the conference be rescheduled for a Friday in March.

     We thank the Court for its time and attention to this matter.

                                                         Respectfully Submitted,

                                                         */s/Clela Errington*
                                                         Clela A. Errington, Esq.
                                                         MICHAEL FAILLACE & ASSOCIATES, P.C
                                                          *Attorneys for Plaintiff*