```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————
MIGUEL NEPOMUCENO VALENCIA, ET AL.,
                                              18-cv-11385 (JGK)
              Plaintiffs,
                                              ORDER
        - against -

DOUGHBOYS OF 3RD AVE, INC., ET AL.,

              Defendants.
————————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

    The parties should submit a status report by **April 9, 2021.**

**SO ORDERED.**

**Dated:   New York, New York**
           **March 5, 2021**

                                       _____/s/ John G. Koeltl_____
                                               John G. Koeltl
                                     United States District Judge