UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL NEPOMUCENO VALENCIA, ET AL.,

           Plaintiffs,

   - against -

DOUGHBOYS OF 3RD AVE, INC., ET AL.,

           Defendants.

18-cv-11385 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    By Order dated March 5, 2021, the Court directed the parties to submit a status report by April 9, 2021. No such report was submitted. The parties are directed to submit a status report by August 6, 2021. If no status report is submitted, the complaint may be dismissed without prejudice for failure to prosecute.

    SO ORDERED.

Dated:    New York, New York
           July 23, 2021

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

1