UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NEPOMUCENO VALENCIA,
                      Plaintiff,

           18 civ 11385 (JGK)

     -against-

           **ORDER**

DOUGHBOYS OF 3RD AVENUE, INC., et al.
                      Defendants.
-----------------------------------------------------------X

      The parties shall submit a proposed settlement agreement, together with a supporting affidavit providing the specifics of any request for attorneys' fees, including time records and information necessary to calculate the lodestar.

      The parties shall also submit a letter explaining the fairness, reasonableness and adequacy of the settlement, including the request for attorneys' fees. The parties shall make the submission by **August 20, 2021.**

**SO ORDERED.**

                                                **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       August 6, 2021