UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL NEPOMUCENO VALENCIA, ET AL.,

        Plaintiffs,

- against -

DOUGHBOYS OF 3RD AVE, INC., ET AL.,

        Defendants.

18-cv-11385 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court, having approved the settlement agreement in this case as fair and reasonable, ECF No. 82, directs the parties to file a stipulation of dismissal by 1/7/22.

SO ORDERED.

Dated:   New York, New York
       December 21, 2021

                                              *John G. Koeltl*
                                            John G. Koeltl
                                       United States District Judge